# Commonwealth of Massachusetts
## Motor Vehicle Crash
## Police Report

| Date of Crash | Time of Crash | City/Town | Number Vehicles | Number Injured | Speed Limit 30 | State Police ☐ |
|---|---|---|---|---|---|---|
| 02/25/2020 | 17:59 24HR | READING | 2 | 1 | Latitude____ Longitude____ | Local Police ☒ MBTA Police ☐ Other: |

**AT INTERSECTION:**  <  **LOCATION**  >  **NOT AT INTERSECTION:**

| AT INTERSECTION | NOT AT INTERSECTION |
|---|---|
| Route# Direction ____ Name of Roadway/Street ____ At ____ | Route# Direction ____ Address # 289 Name of Roadway/Street SOUTH ST |
| | ___ 0 Feet N S E W of ___ ___ 0.0 or ____ Mile Marker / Exit Number |
| Route# Direction ____ Name of Intersecting Roadway/Street ____ Also at Intersection with ____ | 0 Feet N S E W of ____ Route# / Intersecting Roadway/Street |
| Route# Direction ____ Name of Intersecting Roadway/Street ____ | 0 Feet N S E W of ____ Landmark ____ |

**Please Select One Of The Following:** [X] Vehicle 001  1 # Occupants  ☐ Hit/Run  ☐ Moped  **Crash Report ID# 705681**

| License# ▓▓▓ | St MA | DOB/Age ▓▓▓ | Reg# 8KYA70 | Reg Type PAN | Reg State MA |
|---|---|---|---|---|---|

Sex M   Lic. Class D   Lic. Restrictions B   CDL N   Endorsement J
Veh Year 2008   Veh Make HONDA   Veh Config. 2

Operator FITZPATRICK , STEVEN J (Last First Middle)
Owner FITZPATRICK STEVEN J (Last First Middle)

Address 100 NHANAT ST
Address 100 NHANAT ST

City WAKEFIELD   State MA   Zip 01880
City WAKEFIELD   State MA   Zip 01880

Insurance Company THE COMMERCE INSURANCE COMPANY
Vehicle Action Prior to Crash 1   Damaged Area Code: 7, 8
Test Status: 1

Vehicle Travel Direction: N S E [W]   Responding to Emergency? NO
Event Sequence 1 1 23 23   Type of Test:

Citation # (If Issued) ____
Most Harmful Event 1   BAC Test Result:

Viol. 1: Ch/Sec/Sub ____   Viol. 2: Ch/Sec/Sub ____
Driver Contributing Code 99 99   Susp. Alcohol: 2   Susp. Drug: 2

Viol. 3: Ch/Sec/Sub ____   Viol. 4: Ch/Sec/Sub ____
Driver Distracted by: 99   Towed from Scene? YES

**Please fill out for operator and all occupants involved**

| Name (Last First Middle) | Address | Age/DOB | Sex | 34 Seat Pos. | 35 Safety System | 36 Airbag Status | 37 Eject Code | 38 Trap Code | 39 Injury Status | 40 Trans Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator | See Above | ✕ | ✕ | 1 | 1 | 4 | 0 | 0 | 9 | 2 | ▓▓▓ |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**Please Select One Of The Following:** [X] Vehicle 002  1 # Occupants  ☐ Non-Motorist A Type  Action  Location  Condition  ☐ Hit/Run  ☐ Moped

| License# ▓▓▓ | St MA | DOB/Age ▓▓▓ | Reg# 2204637 | Reg Type ZZ | Reg State ____ |
|---|---|---|---|---|---|

Sex M   Lic. Class D   Lic. Restrictions B   CDL ____   Endorsement T
Veh Year 1992   Veh Make CHEVROLET   Veh Config. 2

Operator MCMANUS , ROBERT T (Last First Middle)
Owner POSTAL SERVICE UNITED STATES (Last First Middle)

Address 15 WARREN ST
Address 462 WASHINGTON ST

City STONEHAM   State MA   Zip 02180
City WOBURN   State MA   Zip 01801

Insurance Company UNITED STATES POSTAL SERVICE
Vehicle Action Prior to Crash 1   Damaged Area Code: 7
Test Status: 1

Vehicle Travel Direction: N S [E] W   Responding to Emergency? NO
Event Sequence 1 23 23 23   Type of Test:

Citation # (If Issued) ____
Most Harmful Event 1   BAC Test Result:

Viol. 1: Ch/Sec/Sub ____   Viol. 2: Ch/Sec/Sub ____
Driver Contributing Code 99 99   Susp. Alcohol: 2   Susp. Drug: 2

Viol. 3: Ch/Sec/Sub ____   Viol. 4: Ch/Sec/Sub ____
Driver Distracted by: 99   Towed from Scene? YES

**Please fill out for operator/non-motorist and all occupants involved**

| Name (Last First Middle) | Address | Age/DOB | Sex | 34 Seat Pos. | 35 Safety System | 36 Airbag Status | 37 Eject Code | 38 Trap Code | 39 Injury Status | 40 Trans Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist | See Above | ✕ | ✕ | 1 | 99 | 4 | 0 | 0 | 10 | 1 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

705681

**Crash Diagram:**

→ = Direction  [1] = Vehicle 1  [2] = Vehicle 2  Q = Pedestrian  READING ♂️ = Bicycle

ie: → [1]   → [2]   → Q(pedestrian)   → ♂️

SOUTH ST

VEH 1
VEH 2

(NOT TO SCALE)

**If Crash Did Not Occur on a Public Way:**

☐ Off-Street Parking Lot

☐ Garage

☐ Mall/Shopping Center

☐ Other Private Way

**Indicate North by Arrow**

**Crash Narrative:**

OPR 1 STATED THAT HE WAS TRAVELING ON SOUTH STREET WHEN VEH 2 SWERVED INTO HIS LANE OF TRAVEL. OPR 1 STATED THAT HE ATTEMPTED TO SWERVE TO AVOID A COLLISION BUT WAS UNSUCCESSFUL. VEH 1 HAD DAMAGE TO THE FRONT LEFT BUMPER. UPON MY ARRIVAL, VEH 1 WAS PARKED IN THE PROPER LANE OF TRAVEL. OPR 2 STATED THAT THAT ROAD WAS NOT WIDE ENOUGH FOR TWO VEHICLES AND VEH 1 AND VEH 2 STRUCK EACHOTHER. OPR 2 STATED THAT VEH 1 WAS IN HIS LANE OF TRAVEL. VEH 2 HAD DAMAGE ON THE FRONT LEFT SIDE. VEH 2 WAS PULLED TO THE RIGHT SIDE OF THE ROAD UPON MY ARRIVAL.

**Witnesses:**

| Name (Last, First, Middle) | Address | Phone # | Statement |
|---|---|---|---|
| | | | |
| | | | |

**Property Damage:**

| Owner (Last, First, Middle) | Address | Phone # | 41 - Type | Description of Damaged Property |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Truck and Bus Information:**  Registration # _____ (From Vehicle Section)

Carrier Name _____  Bus Use [42]

Address _____ City _____ St _____ Zip _____

US DOT #: _____ State Number _____ Issuing State _____ MC/MX/ICC#: _____

Interstate [43]  Cargo Body Type Code [44]  GVWR/GCWR [45]

Trailer Reg #: _____ Reg Type _____ Reg State _____ Reg Year _____ Trailer Length [46]

Hazmat Information:

Placard [47]  Material 1 digit # [48]  Material Name _____ Material 4 digit # _____ Release code [49]

| OFF. PELLAND | | 95 | READING | | 02/25/2020 |
|---|---|---|---|---|---|
| Police Officer Name (Please Print) | Signature | ID/Badge # | Department | Precinct/Barracks | Date |

Case Number: 705681





SOUTH ST

NOT TO SCALE